UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                        CASE NO. 07-30662-PNS3
                                               CHAPTER 13
NICHOLAS SMITH
CATRINA A. SMITH

             Debtor(s)               /

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

     1. The Trustee has issued check(s) FOR: ARMED FORCES BANK, N.A. which remains outstanding and uncleared.

     2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

     3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

     **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 376104 in the amount of 47.68 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
NICHOLAS SMITH              ARMED FORCES BANK, N.A.
CATRINA A. SMITH            DICKINSON FINANCIAL CORP.
2396 PALM HARBOR            1100 MAIN, SUITE #350
FORT WALTON BEACH,  FL      KANSAS CITY, MO 64105
32547

AND

RICHARD H. POWELL, ESQ
POWELL & ASSOCIATES, P.A.
P.O. DRAWER 2167
FT. WALTON BEACH, FL 32549
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
8/31/2009  1:26 pm / CR_213   OFFICE OF CHAPTER 13 TRUSTEE
```